UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SELF, INC, ET AL | : | NO.: 3:20-CV-00252 (RNC) |
| v. | : | |
| TOWN OF WOLCOTT | : | JUNE 26, 2020 |

## JOINT STATUS REPORT

1. **STATUS OF THE CASE, IDENTIFYING ANY PENDING OR ANTICIPATED MOTIONS, AND ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER, AS WELL AS A DETAILED STATEMENT OF ALL DISCOVERY UNDERTAKEN TO DATE, INCLUDING HOW MANY DEPOSITIONS EACH PARTY HAS TAKEN AND THE SPECIFIC DISCOVERY THAT REMAINS TO BE COMPLETED**

   There are no motions pending at this time.

   The parties anticipate being able to comply with the Scheduling Order.

   The parties have served discovery on each other.

   No depositions have been taken to date.

2. **ANY INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTATE JUDGE OR THE DISTRICT COURT'S SPECIAL MASTERS PROGRAM**

   The defendant, Town of Wolcott, is not interested in a referral to a Magistrate Judge or the District Court's Special Masters Program at this time.

3. **WHETHER THE PARTIES WILL CONSENT TO EITHER A JURY TRIAL OR A BENCH TRIAL BEFORE A MAGISTRATE JUDGE**

   The defendant, Town of Wolcott, does not consent to a trial before a Magistrate Judge.

**4. THE ESTIMATED LENGTH OF TRIAL**

The parties estimate that trial will last five to seven days, inclusive of jury selection.

          PLAINTIFFS,
          SELF, INC. and L&R REALTY

          By /s/ Greg Kirschner
            Greg Kirschner (ct26888)
            The Connecticut Fair Housing Center
            60 Popieluszko Court
            Hartford, CT 06106
            (860) 263-0724 (Tel.)
            (860) 247-4236 (Fax)
            gkirschner@ctfairhousing.org

          By /s/ Stephen Dane
            Stephen M. Dane
            Dane Law LLC
            312 Louisiana Ave.
            Perrysburg, OH 43551
            419-873-1814
            sdane@fairhouinglaw.com

          DEFENDANT,
          TOWN OF WOLCOTT

          By /s/ Jacqueline P. McMahon
            Thomas R. Gerarde (ct05640)
            Jacqueline P. McMahon (ct30606)
            Howd & Ludorf, LLC
            65 Wethersfield Avenue
            Hartford, CT 06114-11921
            Ph: 860 249-1361
            Fax: 860 249-7665
            E-mail: tgerarde@hl-law.com
            E-mail: jmcmahon@hl-law.com